NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELANEY G. MARKS, | ) | No. C 11-02721 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| FIRST NATIONAL BANK, et al., | ) | |
| Defendants. | ) | |

On June 6, 2011, Plaintiff, a state prisoner, filed a complaint under 42 U.S.C. § 1983.  On the same day, the Clerk of the Court sent Plaintiff a notice that his complaint was deficient because Plaintiff failed to pay the filing fee or file an In Forma Pauperis Application.  (Docket No. 2.)  The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days.  (Id.)  The deadline has since passed, and Plaintiff has failed to comply.  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

DATED: _8/17/11_

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.11\02721Marks_dism-ifp.wpd

United States District Court
For the Northern District of California